1  David H. Krieger, Esq.
   Nevada Bar No. 9086
2  HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
   FAX: (702) 385-5518
5  Email: dkrieger@hainesandkrieger.com

6
   Attorneys for Plaintiff,
7  JOHNATHAN TAYLOR

8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  JOHNATHAN TAYLOR, | |
| 11             Plaintiff, | Case No.: **2:16-cv-02753-JCM-PAL** |
| 12        vs. | **NOTICE OF SETTLEMENT BETWEEN JOHNATHAN TAYLOR AND <u>ETOURANDTRAVEL, INC.</u>** |
| 13 | |
| 14  ETOURANDTRAVEL, INC., | |
| 15             Defendant(s). | |
| 16 | |

17

18         **NOTICE IS HERBY GIVEN** that the dispute between JOHNATHAN

19  TAYLOR ("Plaintiff") and Defendant ETOURANDTRAVEL, INC.

20  ("ETOURANDTRAVEL") has been resolved on an individual basis. The parties
21
    anticipate filing a Stipulation for Dismissal of the Action as to the named
22
    Plaintiff's claims against ETOURANDTRAVEL, with Prejudice, within 60 days.
23
24  Plaintiff requests that all pending dates and filing requirements as to
25

ETOURANDTRAVEL be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to ETOURANDTRAVEL.

Dated:  February 6, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*JOHNATHAN TAYLOR*