UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHNATHAN TAYLOR,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ETOURANDTRAVEL, INC.<br><br>　　　　　　Defendant. | Case No. 2:16-cv-02753-JCM-PAL<br><br>ORDER |

　　　Before the court is the Notice of Settlement (ECF No. 6) between Plaintiff and Defendant who has not yet made an appearance in this case. The parties request 60 days to complete settlement dismissal documents. Accordingly,

　　　**IT IS ORDERED** that Plaintiff shall have until **April 3, 2017,** to file a notice of voluntary dismissal, or a status report advising when the notice of voluntary dismissal will be filed.

　　　DATED this 8th day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE