David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
JOHNATHAN TAYLOR

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHNATHAN TAYLOR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ETOURANDTRAVEL, INC.,<br><br>　　　　Defendant. | Case No. 2:16-cv-02753-JCM-PAL-<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ETOURANDTRAVEL, INC.** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant ETOURANDTRAVEL, INC.**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant ETOURANDTRAVEL, INC. authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, against **Defendant ETOURANDTRAVEL, INC.**.

　　　　Dated:　　　　March 13, 2017

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　　/s/David H. Krieger, Esq.
　　　　　　　　　　　　　　　　　　　　David H. Krieger, Esq. (Nevada Bar No. 9086)
　　　　　　　　　　　　　　　　　　　　HAINES & KRIEGER, LLC
　　　　　　　　　　　　　　　　　　　　8985 S. Eastern Avenue, Suite 350
　　　　　　　　　　　　　　　　　　　　Henderson, Nevada 89123
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*